IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,
ex rel Curtis Booth,

    Relator-Plaintiff,

v.

    Case No. 3:18-cv-186-J-34-JRK

HUNTINGTON INGALLS INDUSTRIES,
INC.

*FILED IN CAMERA AND UNDER
SEAL AS REQUIRED BY 31 U.S.C.
§ 3730(B)(2)*

and

HUNTINGTON INGALLS INCORPORATED,

**Do Not Place In Press Box or
Enter On Publicly Accessible
System (PACER)**

    Defendants.

## MOTION TO DISMISS

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Relator-Plaintiff Curtis Booth hereby moves for dismissal of the above action without prejudice. A stipulation of dismissal, otherwise authorized under the Rules, is inappropriate in this circumstance because of the United States' right to object. The United States has indicated they do not object to said dismissal and will be filing a notice of same in the very near future.

WHEREFORE, the Relator-Plaintiff, Curtis Booth, respectfully requests that this action be dismissed without prejudice.

Respectfully submitted,

CURTIS BOOTH

John S. Vento, Esq. (FB No. 329381)
TRENAM LAW
101 E. Kennedy Boulevard, Suite 2700
Tampa, FL 33602
Telephone: 813-227-7488

Email: JVento@trenam.com
*Counsel for the Relator*

James H. Shoemaker, Jr., Esq. (VSB No. 33148)
Scott L. Reichle, Esq. (VSB No. 40018)
Andrew J. Dean, Esq. (FB No. 121808)
PATTEN, WORNOM, HATTEN &
DIAMONSTEIN, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Telephone: 757-223-4500
Email: jshoemaker@pwhd.com
Email: sreichle@pwhd.com
Email: adean@pwhd.com
*Counsel for Relator*
*Admitted Pro Hac Vice*

Kenneth R. Yoffy, Esq. (VSB No. 20549)
C. Thomas Turbeville, Jr., Esq. (VSB No. 30641)
YOFFY & TURBEVILLE, PLC
4805 Courthouse Street
Williamsburg, Virginia 23188
Telephone: 757-259-0800
Email: kyoffy@mac.com
Email: tomtlaw@mac.com
*Counsel for Relator*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was sent this 7th day of May, 2019 via U.S. Certified Mail, Return Receipt Requested, to William Barr, Attorney General of the United States, and to Maria Chapa Lopez, United States Attorney for the Middle District of Florida.

John S. Vento

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

[UNDER SEAL],

    *Relator-Plaintiff,*

v.

[UNDER SEAL],

    Defendants.

SEALED COMPLAINT

Case No. 3:18-cv-186-J-34-JRK

FILED UNDER SEAL
PURSUANT TO
31 U.S.C. §3730(B)(2)&(3)

## SEALED

Do Not Place in Press Box or Enter on Publicly Accessible System (PACER)