## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,
*ex. rel.* Curtis Booth,

    Plaintiffs,

v.

HUNTINGTON INGALLS INDUSTRIES,
INC., and HUNTINGTON INGALLS
INCORPORATED,

    Defendants.

FILED UNDER SEAL

Civil No. 3:18-cv-186-J-34-JRK

## ORDER

The United States having consented to the dismissal of this action without prejudice to the rights of the United States, the Court rules as follows:

IT IS ORDERED that,

1. the case is hereby dismissed without prejudice to the rights of the United States;

2. the complaint shall be unsealed;

3. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order, the Government's Notice of Election to Decline Intervention, the relator's Motion to Dismiss and the Government's Notice of Consent to Dismissal;

4. the seal be lifted as to all other matters occurring in this action after the date of this Order;

IT IS SO ORDERED,

This 9th day of September 2019.

MARCIA MORALES HOWARD
United States District Judge